IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL J. HOFFMAN,     *

    Plaintiff,     *

v.     *     Civil Action No. GLR-18-2224

DEPARTMENT OF PUBLIC SAFETY     *
AND CORRECTIONAL SERVICES,
et al.,     *

    Defendants.     *

*****

## ORDER

On October 9, 2018, the Court issued an Order requiring Plaintiff Michael J. Hoffman to either pay the full filing fee or file a Motion for Leave to Proceed in Forma Pauperis. (Oct. 9, 2018 Order at 1, ECF No. 2). The Court granted Hoffman twenty-one days in which to file the supplemental information and was forewarned that the failure to file the information required could result in dismissal of the Complaint. (Id.) To date, the Court has no record that Hoffman paid the full filing fee or filed a Motion for Leave to Proceed In Forma Pauperis. The Court will, therefore, dismiss the Complaint.

Accordingly, it is this 20th day of November, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.     The Complaint is DISMISSED WITHOUT PREJUDICE;

2.     The Clerk MAIL a copy of this Order to Hoffman at his address of record; and

3. The Clerk CLOSE this case.

/s/
_____
George L. Russell, III
United States District Judge